**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**ROBERTA D. TABORA**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

January 16, 2008

Alina Reynolds, AUSA
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Case Name: USA v Daniel Heredia
Number: 3:00cr227 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

Government Exhibits 1,2,3

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Roberta D. Tabora, Clerk

BY ___/s/_____
Alice Montz
Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: _____